AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Imad Eddin Wadi | )  Case No. SA-21-CR-244-(1)-FB |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

FILED
JUN 21 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

U.S. MARSHALS
RECEIVED
JUN 10 2020
SAN ANTONIO, TX
ENFORCEMENT SECTION

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Imad Eddin Wadi                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18:USC 956: Conspiracy to Kill, Kidnap, Maim, or Injure Persons or Damage Property in a Foreign Country; 18:USC 2339B: Conspiracy to Provide and Attempt to Provide Material Support to Designated Foreign Terrorist Organization.

Date:   06/09/2021

_____
*Issuing officer's signature*

City and state:   San Antonio, Texas

Rosanne M. Garza, U.S. Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/10/2021, and the person was arrested on *(date)* 06/17/2021
at *(city and state)* San Antonio, Texas.

Date: 06/17/2021

USMS San Antonio
*Arresting officer's signature*

_____ Quijas USMS IA
*Printed name and title*