UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 25 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    §<br>    §<br>Plaintiff,    §<br>    §<br>VS.    §<br>    §<br>IMAD EDDIN WADI,    §<br>    §<br>Defendant.    § | CRIMINAL NO. SA-21-CR-00244-FB |

## VERDICTS OF THE JURY

### COUNT ONE

We, the Jury in the above-entitled cause, find the defendant, Imad Eddin Wadi, __Guilty__
(guilty) or (not guilty)
of Conspiracy to Murder and Maim Persons in a Foreign Country as charged in Count One of the Superseding Indictment.

If you find the defendant guilty of Count One, please specify one or both of the following intents that apply:

Murder    __X__

Maiming    __X__

### COUNT TWO

We, the Jury in the above-entitled cause, find the defendant, Imad Eddin Wadi, __Guilty__
(guilty) or (not guilty)
of Conspiracy to Provide and Attempt to Provide Material Support to Designated Foreign Terrorist Organization as charged in Count Two of the Superseding Indictment.

## COUNT THREE

We, the Jury in the above-entitled cause, find the defendant, Imad Eddin Wadi, __Guilty__
(guilty) or (not guilty)
of Conspiracy to Provide and Attempt to Provide Material Support to Terrorists as charged in Count Three of the Superseding Indictment.

5/25/23
Date

PRESIDING JUROR